# Court of Appeals
# of the State of Georgia

ATLANTA,  December 15, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0038. DEIDRE JOE v. ALLAN JOE.**

Diedre Joe has filed a motion seeking additional time to file an application for discretionary appeal pursuant to Court of Appeals Rules 31 (i) and 40 (b). The motion is hereby GRANTED. Joe shall file her application no later than January 16, 2024.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  12/15/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*